

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2014

No. 04-12-00540-CR

Ruben **ARCE**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRM000033-D2
The Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court